No. 88-1717. FASSLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88-1738. MALACHOWSKI v. SILVERBERG, MARVIN & SWAIM ET AL. C. A. 2d Cir. Certiorari denied.

No. 88-1743. SATTI ET AL. v. DORMAN. C. A. 2d Cir. Certiorari denied.

No. 88-1744. WINCHESTER & WESTERN RAILROAD CO. v. VIRGINIA CORPORATION COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 88-1772. BUCKLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88-1799. JACKSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 88-1801. BINDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88-6473. HAAKE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 88-6531. BURCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88-6598. RYAN v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88-6602. CHAVEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88-6612. BOUTWELL v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88-6631. FONSECA-MARTINEZ, AKA MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88-6632. BANNISTER v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88-6644. PARTIDA-PARRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.